720

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN ARM-STRONG, Defendant-Appellant.

(No. 59345;

First District (3rd Division)—May 2, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.